**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO PESQUEIRA, ) | CASE NO. ED CV 12-02100 JAK (RZ) |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| DANIEL PARAMO, WARDEN, ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of SERGIO PESQUEIRA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 10, 2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE